E. F. Motsinger, county superintendent of highways, appellee, v. James H. Chenoweth and Quinton D. Baily, appellants. Gen. No. 7,620.

Proceeding begun by superintendent of highways under Road & Bridge Act to assess damages for property taken and damaged for a public and private road. Judgment for $400. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the June term, 1922. Reversed and cause remanded with directions. Opinion filed July 10, 1923.

Harvey H. Atherton and Glenn Ratcliff, for appellants.  Elzie L. Weber and Chiperfield & Chiperfield, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.